

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ATRIUM ALLIANCE LLC and REI PROPERTIES LLC, | § | No. 08-25-00084-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | County Criminal Court No. 1 |
| v. | | |
| | § | of El Paso County, Texas |
| 10921 PELLICANO LLC a.k.a. SEVERO HUGHSTON LLC, | § | (TC# 2025-CCV00132) |
| Appellee. | § | |

## MEMORANDUM OPINION

On March 14, 2025, Cassandra Rodriguez filed a notice of appeal in the El Paso County District Court on behalf of Appellants Atrium Alliance, LLC and REI Properties, LLC (the LLCs). When the appeal was forwarded to this Court, our Clerk issued a notice warning that under Texas Law, only a licensed attorney may represent corporate entities. Tex. Gov't Code Ann. §§ 81.101–.102 (prohibiting the practice of law in Texas unless the person is a member of the state bar); Tex. Gov't Code Ann. §§ 83.001–.006 (prohibiting unlicensed persons from practicing law). Our notice gave the LLCs until March 27, 2025, to amend the notice of appeal to comply with the rules for representation of corporate parties. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996) (noting that although a corporate officer can perform "ministerial" tasks, like depositing a cash in lieu of a bond, a nonlawyer may not represent a

corporation in court); *Abraham v. Hernandez*, 705 S.W.3d 416, 422 (Tex. App.—El Paso 2024, no pet.) (same).

As of the date of this memorandum opinion, no licensed attorney has filed an amended notice of appeal on behalf of the LLCs. Because Rodriguez cannot represent the LLCs in this appeal, we dismiss the appeal. Tex. R. App. P. 42.3(b), (c).

All pending motions are denied as moot.

MARIA SALAS MENDOZA, Chief Justice

April 3, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.